UNITED STATES DISTRICT COURT

__EASTERN__    **District of**   __CALIFORNIA__

| | |
|---|---|
| KIMBERLY WINSTON,<br>  Plaintiff<br><br>        V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>  Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br><br>CASE     1:11-AT-00659 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

   X   The clerk is directed to file the complaint.

   X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this   __25th__   day of   __October__, __2011__.

                                   /s/ Barbara A. McAuliffe
                                   Signature of Judicial Officer

                                   BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
                                   Name and Title of Judicial Officer