Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  KIMBERLY WINSTON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| KIMBERLY WINSTON, | Case No.:   1:11-CV-01784 SKO |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE SHELIA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Kimberly Winston ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to July 16, 2012; and that Defendant shall have until August 17, 2012, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due August 31, 2012.

1   An extension of time is needed in order to allow the parties to continue to
2 discuss resolution and settlement of this matter. Counsel sincerely apologizes to
3 the court for any inconvenience this may have had upon it or its staff.

4

5
    DATE: June 11, 2012          Respectfully submitted,
6
                                 LAW OFFICES OF LAWRENCE D. ROHLFING
7
                                        /s/ *Steven G. Rosales*
8                          BY:_____
                                 Steven G. Rosales
9                                Attorney for plaintiff KIMBERLY WINSTON

10
    DATE:  June 11, 2012         BENJAMIN WAGNER
11                               United States Attorney

12

13                               */S/- Brenda M. Pullin

14
                                 _____
15                               Brenda M. Pullin
                                 Special Assistant United States Attorney
16                               Attorney for Defendant
                                 [*Via email authorization]
17

18

19                                    ORDER

20

21

22

23

24

25

26

As set forth in the parties' stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff may have an extension of time, to and including July 16, 2012, in which to file Plaintiff's Opening Brief;
2. Defendant may have an extension of time to August 17, 2012, to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary; and
3. Any reply by plaintiff will be due on August 31, 2012.

IT IS SO ORDERED.

Dated:   **June 13, 2012**                              **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE